13

DARRELL RAYMER *et al.*, Plaintiffs-Appellees, *v.* STERLING MAYFIELD *et al.*, Defendants-Appellants.

(No. 73-143;

Fifth District—December 10, 1973.

*Rehearing denied January 8, 1974.*

Opinion by Mr. PRESIDING JUSTICE EBERSPACHER.

Russell H. Classen, of Belleville, for appellants.

Michael A. Katz, of Goldenhersh & Goldenhersh, of Belleville, for appellees.